UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AARON EISENBERG,

                              Plaintiff,                              **ORDER**
                                                                            CV 12-1879 (JFB)(ARL)
        -against-

SAJ LOGISTICS, NY, LLC, et al.,

                              Defendant.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated July 23, 2013 requesting leave to file a motion "seeking a determination as to the meaning of contract language between the parties" in order to assist the parties in the upcoming mediation scheduled on September 10, 2013. Defendants oppose the application. The court has neither read nor considered plaintiff's reply letter dated July 26, 2013. *See* Local Rule 37.3. Inasmuch as plaintiff's motion is essentially an application for leave to file a partial summary judgment motion to determine whether plaintiff is a legitimate stockholder in defendants' corporation, plaintiff's application is denied. To the extent the plaintiff seeks leave to file a partial summary judgment motion, such an application must be made to the district court pursuant to the district judge's individual rules regarding such motion practice.

Dated: Central Islip, New York                    SO ORDERED:
         July 26, 2013

                                                  _____/s_____
                                                  ARLENE R. LINDSAY
                                                  United States Magistrate Judge